UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
:
CHARLES JOSEPH, JEFFREY UNGER, :
STEFAN WOLKENFELD, THE ROCK :
STORE LLC, BRUCE GLICKMAN and :
BRUCE SCHWARTZ, :
individually and on behalf of all others :
similarly situated, :
:
    Plaintiffs, :
:
    v. :
:
MICHAEL HYMAN, individually and :  No. 09-CV-7555(DAB)
in his official capacity as Commissioner :
of the Department of Finance of the City :
of New York; MARTHA E. STARK; :
JAMIE WOODWARD, individually and :
in her official capacity as Commissioner :
of the Department of Taxation and :
Finance of the State of New York; :
ROBERT L.MEGNA; :
BARBARA G. BILLET; :
CITY OF NEW YORK; :
STATE OF NEW YORK; :
MICHAEL R. BLOOMBERG, :  CLASS ACTION
individually and in his official capacity :
as Mayor of the City of New York; :
DAVID A. PATERSON, :
individually and in his official capacity as :
Governor of the State of New York; :
ELIOT L. SPITZER; and :
GEORGE E. PATAKI, :
:
    Defendants. :
———————————————————— x

### AFFIDAVIT OF SERVICE

State of New York    )
                        ) ss;
County of New York   )

**PETER T. LANE**, being duly sworn deposes and says:

1. Deponent is not a party herein, is over 18 years of age and resides in New York State.

2. On September 2, 2009 at 1:08pm at New York City Law Department, 100 Church Street New York, New York 10007, deponent served the within **Summons and Complaint** with index number 09-CV-7555(DAB) on the CITY OF NEW YORK, Defendant therein named, by delivering to and leaving with DMITRIY ARONOV.

3. Deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

4. A description of the person served is as follows: Caucasian male, with Eastern European accent, balding with brown hair, 50-60 years old, of average height and weight.

                                                            _____
                                                            Peter T. Lane

Sworn to before me this 7th day of September, 2009

_____
Notary Public

BRIAN L. BROMBERG
Notary Public - State of New York
No. 02BR5005713
Qualified in New York County
My Commission Expires March 19, 2011