AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN       DISTRICT OF       NEW YORK

## APPEARANCE

Case Number:  09-CV-07555 (DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs

Charles Joseph
Jeffrey Unger
Stefan Wolkenfeld
The Rock Store LLC
Bruce Glickman
Bruce Schwartz

I certify that I am admitted to practice in this court.

| 9/9/2009 | | |
|---|---|---|
| Date | Signature | |
| | Harley Schnall | HS-7341 |
| | Print Name | Bar Number |
| | Law Office of Harley J. Schnall   /  711 West End Avenue | |
| | Address | |
| | New York    NY    10025 | |
| | City    State    Zip Code | |
| | (212) 678-6546    (212) 678-0322 | |
| | Phone Number    Fax Number | |